IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM D. SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:94-CV-1785-D |
| VS. | § | |
| | § | |
| OWENS-ILLINOIS SALARY | § | |
| EMPLOYEE WELFARE BENEFIT PLAN, | § | |
| | § | |
| Defendant. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the January 26, 2010 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, treating plaintiff William D. Salazar's letter dated January 4, 2010 as a Fed. R. Civ. P. 60(b) motion, the motion is denied.

**SO ORDERED**.

February 10, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE